# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 4:18CR258 |
| ) | |
| TIMOTHY LEE LANIGAN, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Counsel in the above-captioned case have advised the Court that some pretrial motions have been complied with and the issues raised in the following motions have been resolved by agreement. The following motions filed in this case are dismissed as moot:

(Doc. 64) First Motion for Disclosure Brady/Giglio;
(Doc. 65) First Motion for Disclosure of Government to Rely Upon Other Crimes;
(Doc. 66) First Motion to Participate in Voir Dire;
(Doc. 67) First Motion to Inspect, Examine and Test Tangible Evidence;

The remaining motion (Doc. 68) Motion to Suppress along with (Doc. 19) Motion to Suppress Physical Evidence have been set for hearing by separate Order. This Court's prior order of January 17, 2010 (Doc. 34) which previously dismissed Defendant's Motion to Suppress Physical Evidence (Doc. 19) is hereby VACATED.

The clerk is DIRECTED to restore Doc. 19 as an active motion on the docket.

SO ORDERED, this 9th day of October 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA